| | | |
|---|---|---|
| DECREE/APPOINTMENT OF GUARDIAN OF THE PERSON WHERE PARENT/LEGAL GUARDIANS ARE DECEASED<br>PC-567 NEW 7/15 | STATE OF CONNECTICUT<br><br>COURT OF PROBATE | RECORDED (CONFIDENTIAL): |

| | |
|---|---|
| COURT OF PROBATE, New London Regional Children's Probate Court | DISTRICT NO. PD57 |
| IN RE:<br>W███ P███ N███, a minor (15-00185), a minor | DATE OF BIRTH OF MINOR<br>███, 2005 |
| GUARDIAN(S) OF THE PERSON [Name(s) and address (es)]<br>Gillian Beebe, 5 Shore Road, Waterford, CT 06385 | MINOR'S RESIDENCE [Town]<br>Waterford |

On the petition for appointment of a guardian of the person of a minor who has no parent with guardianship rights or court –appointed guardian under C.G.S. section 45a-616 (a), as of record appears,

PRESIDING JUDGE: Hon. Mathew H. Greene

After due hearing, THE COURT FINDS that:

The minor was born on the date written above and resides in the town written above, in this district.
Notice was given in accordance with any order of notice previously entered.
An investigation has been made, and a written report, as provided by C.G.S. section 45a-619, has been duly filed in court.
The minor has no parent or guardian of his or her person.
The guardian named above has accepted the position of trust.
Each person proposed as guardian has the ability to meet the physical, emotional, moral, and educational needs of the minor on a continuing day-to-day basis and has established a relationship with the minor as set forth in petition.

The appointment of the above named guardian is in the best interest of the minor.

And it is ORDERED AND DECREED that:

Gillian Beebe is appointed guardian of the person of the minor.

Dated at New London on April 07, 2016.

........................................................
Mathew H. Greene, Judge

**CERTIFICATION**

The undersigned hereby certifies that a copy of the above decree was mailed on 04/07/16 to the following as provided in the Probate Court Rules of Procedure, section 8.2:

| Name and Address |
|---|
| Shirley Terry, Program Supervisor, Department of Children & Families, 2 Courthouse Square, Norwich, CT 06360 |
| Heather Kennedy, NLRCPC, One Union Plaza, New London, CT 06320 |
| Gillian Beebe, 5 Shore Road, Waterford, CT 06385 |
| Yona Gregory, Esq., 16 Granite St., New London, CT 06320 |
| Osmery Canales, Department of Children & Families, 2 Courthouse Square, Norwich, CT 06360 |

New London Regional Children's Probate Court
A True Copy... Attest

Amy Cox, Chief Clerk

DECREE/APPOINTMENT OF GUARDIAN OF THE PERSON WHERE PARENT/LEGAL GUARDIANS ARE DECEASED

PC-567