| SUMMONS<br>FAMILY ACTIONS<br>JD-FM-3 Rev. 9-12<br>C.G.S. § 52-45a, Pr. Bk. § 8-1 | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br><br>www.jud.ct.gov | **Exhibit E**<br>Case Type Minor Codes<br>00 Dissolution of Marriage<br>10 Legal Separation<br>20 Annulment<br>50 Civil Union - Dissolution, Legal Separation, Annulment<br>90 All Other |

**Instructions**
1. Type or print legibly; sign summons.
2. Attach the original summons to the original complaint, and Notice of Automatic Court Orders (JD-FM-158) and attach a copy of the summons and a copy of the Notice of Automatic Court Orders to each copy of the complaint.
3. After service has been made by proper officer, file original papers and officer's return with the clerk of the court at least six days before the return date.
4. Do not use this form for actions in which an attachment or garnishment is being sought or for petitions for paternity or for support orders, or for actions in which an application for relief from abuse is being sought.

To: Any proper officer
**By Authority of the State of Connecticut,** you are hereby commanded to make due and legal service of this Summons and attached Complaint and Notice of Automatic Orders.

| Judicial district of<br>**Middlesex** | At (Town)<br>**Middletown** | | Return date (Month, day, year)<br>**Nov. 17, 2015** | |
|---|---|---|---|---|
| Address of Court (Number, street, city)<br>**1 Court Street, Middletown, Connecticut 06497** | | Case management date*<br>**February 22 2016** | Case type (From code list above)<br>Major **F**   Minor **00** | PTY No. |
| Plaintiff's name (Last, first, middle initial)<br>**Beebe, Lauren** | | Plaintiff's address (Number, street, town, zip code)<br>**#8 Rte 148, Killingworth, Connecticut 06419** | | P-01 |
| Defendant's name (Last, first, middle initial)<br>**Newman, Billy** | | Defendant's address (If known) (Number, street, town, zip code)<br>**#8 Rte 148, Killingworth, Connecticut 06419** | | D-01 |

* See Form JD-FM-165A - C

## Notice To The Defendant Named Above

1. You are being sued.
2. This paper is a Summons in a lawsuit.
3. The Complaint attached to these papers states the claims that the Plaintiff is making against you in this lawsuit.
4. To respond to this Summons, or to be informed of further proceedings, you or your attorney must file a form called an "Appearance" with the Clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is the date your case is officially in court. It is not a date you have to come to court unless another notice says that you have to be in court that day.
5. If you or your attorney do not file a written "Appearance" form on time, the Court may enter judgment against you for the relief requested in the Complaint, which may result in temporary or permanent orders without further notice.
6. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Forms."
7. If you have questions about the Summons, Complaint, or Notice of Automatic Court Orders (JD-FM-158), you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Date<br>10/19/2015 | Signed (Comm. of Superior Court or Ass't Clerk sign and "X" proper box) | [X] Comm. of Superior Court<br>[ ] Assistant Clerk | Name of person signing at left<br>**Bonnie Amendola** |
|---|---|---|---|
| For The Plaintiff<br>Please enter the appearance of: | Name of attorney, law firm or self-represented party<br>**Bonnie Amendola** | | Juris number (If attorney or law firm)<br>**414045** |
| Mailing address (Number, street, town, zip code)<br>**2000 Post Road, Suite 205, Fairfield, CT 06824** | | | Telephone number (Area code first)<br>**203-319-1143** |
| Signed (Plaintiff, if self-represented party or attorney for plaintiff) | | | |

**If this summons is signed by a clerk:**
a. The signing has been done so that the Plaintiff will not be denied access to the courts.
b. It is the responsibility of the Plaintiff to see that service is made in the manner provided by law.
c. The clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The clerk signing this summons at the request of the Plaintiff is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

| I certify I have read and understand the above. | Signed (Plaintiff, if self-represented party) | Date signed | FOR COURT USE<br>File date |
|---|---|---|---|

The Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact the clerk's office indicated above.

Docket number

**SUMMONS,** Family Actions

| | DIVORCE COMPLAINT (DISSOLUTION OF MARRIAGE) JD-FM-159 Rev. 8-13 C.G.S. §§ 46b-40, 46b-56c, 46b-84, P.B. § 25-2, et seq. | STATE OF CONNECTICUT SUPERIOR COURT www.jud.ct.gov | CROSS COMPLAINT CODE ONLY CRSCMP |
|---|---|---|---|

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**DIVORCE COMPLAINT (DISSOLUTION OF MARRIAGE)**
JD-FM-159 Rev. 8-13
C.G.S. §§ 46b-40, 46b-56c, 46b-84,
P.B. § 25-2, et seq.

CROSS COMPLAINT CODE ONLY
**CRSCMP**

[x] **Complaint:** Complete this form. Attach a completed Summons (JD-FM-3) and Notice of Automatic Court Orders (JD-FM-158).
[ ] **Amended Complaint.**
[ ] **Cross Complaint:** Complete this form and attach to the Answer (JD-FM-160) unless it is already filed.

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

| Judicial District of **Middlesex** | At (Town) **Middletown** | Return date (Month, day, year) **Nov. 17, 2015** | Docket number |
|---|---|---|---|

| Plaintiff's name (Last, First, Middle Initial) **Beebe, Lauren** | Defendant's name (Last, First, Middle Initial) **Newman, Billy** |
|---|---|
| 1. Plaintiff's birth name (If different from above) | 2. Defendant's birth name (If different from above) |

| 3. a. Date of marriage **9/12/2010** | 3. b. Date of civil union that merged into marriage by subsequent ceremony or by operation of law | 4. Town and State, or Country where marriage took place **Baton Rouge, Louisiana** |
|---|---|---|

5. ("X" all that apply)
[x] The ("X" one) [x] plaintiff [ ] defendant has lived in Connecticut for at least 12 months immediately before the filing of this divorce complaint or before the divorce will become final.
[ ] The ("X" one) [ ] plaintiff [ ] defendant lived in Connecticut at the time of the marriage, moved away, and then returned to Connecticut, planning to live here permanently.
[ ] The marriage broke down after the ("X" one) [ ] plaintiff [ ] defendant moved to Connecticut.

6. A divorce is being sought because: ("X" all that apply)
[x] This marriage has broken down irretrievably.
[ ] Other (must be reason(s) listed in section 46b-40(c) of the Connecticut General Statutes):

_____
_____

"X" and complete all that apply for items 6-13. Attach additional sheets if needed.
7. [ ] No children were born to either the plaintiff or defendant after the date of this marriage.
8. [ ] There are no children of this marriage under the age of 23.
9. [x] The following children are either: (a) the biological and/or adoptive children of both of the parties, or (b) have been born to one of the parties on or after the date of the marriage and are claimed to be children of the marriage.
(List only children who have not yet reached the age of 23.)

| Name of child (First, Middle Initial, Last) | Date of birth (Month, day, year) |
|---|---|
| W███ N███ | ███/2005 |
| G███ N███ | ███/2010 |
| | |
| | |
| | |

10. [ ] The following children were born on or after the date of the marriage to the ("X" all that apply)
[ ] plaintiff [ ] defendant and are not children of the other party to this marriage.
(List only children who have not yet reached the age of 23.)

| Name of child (First, Middle Initial, Last) | Date of birth (Month, day, year) |
|---|---|
| | |
| | |
| | |
| | |

| Print Form | *(Continued...)* | Reset Form |
|---|---|---|

11. If there is a court order regarding custody or support for any child listed above, name the child(ren) below and specify the person or agency awarded custody or ordered to pay support:

| Child's name | Name of person or agency awarded custody | Name of person ordered to pay support |
|---|---|---|
| Child's name | Name of person or agency awarded custody | Name of person ordered to pay support |
| Child's name | Name of person or agency awarded custody | Name of person ordered to pay support |

12. The ("X" all that apply) ☐ plaintiff ☐ defendant or any of the child(ren) listed above have received from the State of Connecticut:
    ☐ financial support ("X" one)    ☐ Yes  ☒ No  ☐ Do not know
    ☐ HUSKY Health Insurance ("X" one)  ☐ Yes  ☒ No  ☐ Do not know
    If yes, **you must** send a copy of the Summons, Complaint, Notice of Automatic Court Orders and any other documents filed with this Complaint to the Assistant Attorney General, 55 Elm Street, Hartford, CT 06106, and file the Certification of Notice *(JD-FM-175)* with the court clerk.

13. ☐ The ("X" all that apply) ☐ plaintiff ☐ defendant is pregnant with a child due to be born on _____ *(date)*.
    The other parent of this unborn child is the ☐ plaintiff or ☐ defendant ☐ unknown
    ☐ not the plaintiff ☐ not the defendant.

14. The ("X" all that apply) ☒ plaintiff ☒ defendant or any of the child(ren) listed above has received financial support from a city or town in Connecticut. ("X" one) ☐ Yes *(State city or town: _____ )*
    ☒ No ☐ Do not know. If yes, send a copy of the Summons, Complaint, Notice of Automatic Court Orders and any other documents filed with this Complaint to the City Clerk of the town providing assistance and file the Certification of Notice *(JD-FM-175)* with the court clerk.

**The Court is asked to order:** *("X" all that apply)*

☒ A divorce (dissolution of marriage).
☒ A fair division of property and debts.
☐ Alimony.
☒ Child Support.
☒ An order regarding the post-majority educational support of the child(ren).
☒ Name change to: _____

**Regarding Parental Decisionmaking Responsibility:**
☐ Sole custody.
☒ Joint legal custody.
☐ A parenting responsibility plan which includes a plan for the parental decisionmaking regarding the minor child(ren).
AND
**Regarding Physical Custody:**
☒ Primary residence with: Plaintiff Mother
☐ Visitation.
☐ A parenting responsibility plan which includes a plan for the schedule of physical care of the minor child(ren).

And anything else the Court deems fair.

| Signature | Print name of person signing | Date signed |
|---|---|---|
| *[signed]* | Bonnie Amendola | 10/19/2015 |

| Address | Juris number *(If applicable)* | Telephone *(Area code first)* |
|---|---|---|
| 2000 Post Road, Fairfield, Connecticut 06824 | 414045 | (203)319-1143 |

- *If this is a Complaint, attach a copy of the Automatic Court Orders before serving a copy on the Defendant.*
- *If this is an Amended Complaint or a Cross Complaint, you must mail or deliver a copy to anyone who has filed an appearance and you must complete the certification below.*

**Certification**

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

Billy Newman
#8 Rte 148, Killingworth, CT 06419

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed |
|---|---|---|
| *[signed]* | Bonnie Amendola | 10/15/2015 |

| Mailing address *(Number, street, town, state and zip code)* | Telephone number |
|---|---|
| 2000 Post Road, Suite 205, Fairfield, Connecticut 06824 | (203)319-1143 |

JD-FM-159 *(Back)* Rev. 8-13

[Print Form]   [Reset Form]

# NOTICE OF AUTOMATIC COURT ORDERS

JD-FM-158 Rev. 4-2000
P.B. 25-5

Attach to Divorce (Dissolution of Marriage) Complaint/Cross Complaint (JD-FM-159), Custody/Visitation Complaint (JD-FM-161), and any Annulment or Legal Separation Complaint

The following automatic orders shall apply to both parties, with service of the automatic orders to be made with service of process of a complaint for dissolution of marriage, legal separation, annulment, or of an application for custody or visitation. An automatic order shall not apply if there is a prior, contradictory court order. The automatic orders shall be effective with regard to the plaintiff or applicant upon the signing of the complaint or application and with regard to the defendant or respondent upon service and shall remain in place during the pendency of the action, unless terminated, modified, or amended by further order of the court upon motion of either of the parties:

1. Neither party shall sell, transfer, encumber (except for the filing of a lis pendens), conceal, assign, remove, or in any way dispose of, without the consent of the other party in writing, or an order of the court, any property, individually or jointly held by the parties, except in the usual course of business or for customary and usual household expenses or for reasonable attorney fees in connection with this action. **(This section only applies to divorce, annulment, and legal separation cases.)**

2. Neither party shall incur unreasonable debts hereafter, including but not limited to, further borrowing against any credit line secured by the family residence, further encumbrancing any assets, or unreasonably using credit cards or cash advances against credit cards. **(This section only applies to divorce, annulment, and legal separation cases.)**

3. The parties shall each complete and exchange sworn financial statements substantially in accordance with Form 501.1 within thirty days of the return date. The parties may thereafter enter and submit to the court a stipulated interim order allocating income and expenses. in accordance with the uniform child support guidelines. **(This section only applies to divorce, annulment, and legal separation cases.)**

4. The case management date for this case is  2.22.16  . The parties shall comply with Sec. 25-51 to determine if their actual presence at the court is required on that date. (See JD-FM-165A - C or court clerk for local Case Management Dates.

5. Neither party shall permanently remove the minor child from the State of Connecticut, without written consent of the other or order of the court.

6. The parties, if they share a minor child or children, shall participate in the parenting education program within sixty days of the return day or within sixty days from the filing of the application.

7. Neither party shall cause the other party or the children of the marriage to be removed from any medical, hospital, and dental insurance coverage, and each party shall maintain the existing medical, hospital, and dental insurance coverage in full force and effect.

8. ==Neither party shall change the beneficiaries of any existing life insurance policies, and each party shall maintain the existing life insurance, automobile insurance, homeowner's or renter's insurance policies in full force and effect.==

9. If the parties are living together on the date of service of these orders, neither party may deny the other party use of the current primary residence of the parties, whether it be owned or rented property, without court order. This provision shall not apply if there is a prior, contradictory court order.

10. If the parties share a child or children, a party vacating the family residence shall notify the other party or the other party's attorney, in writing, within forty-eight hours of such a move, of an address where the relocated party can receive communication. This provision shall not apply if there is a prior, contradictory court order.

11. If the parents of minor children live apart during this dissolution proceeding, they shall assist their children in having contact with both parties, which is consistent with the habits of the family, personally, be telephone, and in writing unless there is a prior court order.

## BY ORDER OF THE COURT

FAILURE TO OBEY THESE ORDERS MAY BE PUNISHABLE BY CONTEMPT OF COURT. IF YOU OBJECT TO OR SEEK MODIFICATION OF THESE ORDERS DURING THE PENDENCY OF THIS ACTION, YOU HAVE THE RIGHT TO A HEARING BEFORE A JUDGE WITHIN A REASONABLE TIME.

*(Continued on back/page 2)*

# SUMMARY OF AUTOMATIC COURT ORDERS

The court orders on the reverse side/page 1 apply to the both parties in this case, unless there is already a court order which contradicts one of these orders. The automatic court orders apply to the plaintiff or the applicant when the attached Complaint or Application is signed. They apply to the defendant or respondent when a copy of the Complaint or the Application and the Notice of Automatic Court Orders are served (delivered to the defendant/respondent by an authorized person). The automatic court orders are summarized below, but you are subject to the full text of the orders on the reverse side/page 1. If you do not understand the full text of the automatic court orders, you may want to talk to an attorney.

**Neither party shall:**

- Sell, mortgage, or give away any property without written agreement or a court order. (Only applies to divorce, annulment, and legal separation cases.)

- Go into unreasonable debt by borrowing money or using credit cards or cash advances. (Only applies to divorce, annulment, and legal separation cases.)

- Permanently take your children from Connecticut without written agreement or a court order.

- Take each other or your children off any existing medical, hospital, doctor, or dental insurance policy or let any such insurance coverage expire.

- Change the terms or named beneficiaries of any existing insurance policy or let any existing insurance coverage expire, including life, automobile, homeowners' or renter's insurance.

- Deny use of the family home to the other person without court order, if you are living together on the date the court papers are served.

**Both parties shall:**
- Complete and exchange sworn financial affidavits within thirty days of the return date (Only applies to divorce, annulment, and legal separation cases.)

- Participate in a parenting education program within sixty days of the return date or, for a custody or visitation case, within sixty days from the filing of the Application (if you share children under 18 years old).

- Attend a case management conference on the date specified on the reverse/page 1, unless you both agree on all issues and file a Case Management Agreement form with the court clerk on or before that date.

- Tell the other person in writing within forty-right hours about your new address or a place where you can receive mail if you move out of the family home (if you share children under 18 years old).

- Help any children you share continue their usual contact with both parents in person, by telephone and in writing.


**IF YOU DO NOT OBEY THESE ORDERS WHILE YOUR CASE IS PENDING, YOU MAY BE PUNISHED BY BEING HELD IN CONTEMPT OF COURT. IF YOU OBJECT TO THESE ORDERS OR WANT THEM CHANGED, YOU HAVE A RIGHT TO A HEARING BEFORE A JUDGE WITHIN A REASONABLE TIME, BY FILING A MOTION TO MODIFY THESE ORDERS WITH THE COURT CLERK.**

JD-FM-158 (Back/Page 2) Rev. 4-2000

### STATE MARSHAL RICHARD W. ALBRECHT – MIDDLESEX COUNTY

Oct. 30. 2015

STATE OF CONNECTICUT)
                                ss: Killingworth
COUNTY OF MIDDLESEX)

Then and by virtue of the original writ and by direction of the plaintiff's attorney, I left a true and attested copy of the original writ, summons, complaint and automatic orders with and in the hands of the within named defendant **Billy Newman** at said 8 Rt. 148, Killingworth

The within is the original writ, summons, complaint and automatic orders with my doings hereon endorsed.

ATTEST:

RICHARD W. ALBRECHT
STATE MARSHAL FOR
MIDDLESEX COUNTY

| FEES: | |
|---|---:|
| Service | $ 40.00 |
| Copy | 5.00 |
| Endorsement | 2.00 |
| Travel | 8.00 |
| Total | $ 55.00 |