# CERTIFICATE OF TITLE

Exhibit G

| VIN | TITLE NUMBER | DATE ISSUED |
|---|---|---|
| 1D4GP24R07B191144 | B6822870 | 11/13/2015 |

| MAKE | MODEL | BODY | COLOR | YR | DATE ACQUIRED | ODOMETER | N/U |
|---|---|---|---|---|---|---|---|
| DODG | CVN | VN | BLU/ | 2007 | 11/07/2015 | 86172 | U |

CL

\* \* MAIL TO \* \*

BILLY W NEWMAN

2721 W PERDUE DR
BATON ROUGE        LA     70814

\* \* OWNER \* \*
BILLY W NEWMAN

2721 W PERDUE DR
BATON ROUGE        LA     70814

(LIEN)                      DATE

First Lien Released _____ Date _____
Lienholder _____
By _____ Authorized Representative

Second Lien Released _____ Date _____
Lienholder _____
By _____ Authorized Representative