Protective Life Insurance Company
Life and Health Insurance Administration
PO Box 12687
Birmingham, AL 35202-6687



Protective.
Life Insurance Company
www.myaccount.protective.com

POLICY NO.        PL0899332
INSURED'S NAME:   Billy Wayne Newman
OWNER'S NAME      Billy Wayne Newman

## Change of Beneficiary

I (we) hereby request that all previous beneficiary designations and directions for settlement of this policy be cancelled and that the proceeds of said policy upon the death of the insured be paid, in one sum, unless otherwise provided herein or in said policy, as follows

**PRIMARY BENEFICIARY:** (Print full names and relationships to the insured)

| Name | SSN/Tax ID | DOB | Address/Phone # | Relationship | % | Trust Date, If Applicable |
|------|-----------|-----|-----------------|--------------|---|---------------------------|
| TODD HINES | ▮▮▮-▮▮-3219 | ▮▮/▮▮/1971 | 554 LON ITA ST. BATON ROUGE LA 70815 | FRIEND | | |

If more than one primary beneficiary is named, use percentages to indicate how proceeds are to be paid. If there are no percentages indicated, payment will be in equal shares to the surviving primary beneficiary(s) If there are no surviving primary beneficiary(s), then the proceeds will be paid to the contingent beneficiary(s)
If a beneficiary is a minor at the time of death of the insured, it may be necessary to delay the payment of the death benefit until a court appoints a guardian of the estate of the minor Before naming a minor as beneficiary, we recommend you consult an attorney about options, such as creating and naming a trust, making a designation under your state's Uniform Transfers to Minors Act, or other beneficiary designations

**CONTINGENT BENEFICIARY:** (Print full names and relationships to the insured)

| Name | SSN/Tax ID | DOB | Address/Phone # | Relationship | % | Trust Date, If Applicable |
|------|-----------|-----|-----------------|--------------|---|---------------------------|
|      |            |     |                 |              |   |                           |

If more than one contingent beneficiary is named, use percentages to indicate how proceeds are to be paid.
If there are no percentages indicated, payment will be in equal shares to the surviving contingent beneficiary(s) If there are no surviving contingent beneficiary(s), then the proceeds will be paid to the executors, administrators, or assigns of the owner

☐ DAY COMMON DISASTER CLAUSE IS REQUESTED ( M aximum of 30 days) If any beneficiary shall die simultaneously with the Insured or not be living on the ____ day following the death of the Insured, payment shall be made to the beneficiary(s) as if such beneficiary so dying had not survived the Insured.

SVC-102-PL

111
31
5
1
22
5

11/13/2015  12·22PM

Protective Life Insurance Company
Life and Health Insurance Administration
PO Box 12687
Birmingham, AL 35202-6687



www.myaccount.protective.com

POLICY NO   PL0899332        INSURED'S NAME   Billy Wayne Newman

### SIGN HERE FOR CHANGE OF BENEFICIARY REQUEST(S)

Protective Life Insurance Company agrees that, if the policy requires endorsement or amendment for the requested change of beneficiary, recording and mailing a copy of this form will constitute such endorsement or amendment

_[signature]_                                    _Bill Newman_   11-15-2015
Witness                                          Owner's Signature           Date
                                                 (provide title if officer of corporation)

_____
Owner Current Address

_____
Owner Daytime Telephone


_____        _____
Witness                                       Owner's Signature           Date
                                              (provide title if officer of corporation)

                                              _____
                                              Owner Current Address

                                              _____
                                              Owner Daytime Telephone

Protective Life Insurance Company has approved and recorded the change requested above on

                                                      _[signature] Patrick J. West_
                                                      _____
                                                      Assistant Vice President

_____
Registrar


111
31
5
1
22
5

SVC-102-PL

11/13/2015   12:22PM

**Protective Life Insurance Company**
Life and Health Insurance Administration
PO Box 12687
Birmingham, AL 35202-6687



www.myaccount.protective.com

**Designation Information:**
Beneficiary - All beneficiary changes MUST include the designation of a primary beneficiary. Even if you only want to change the contingent beneficiary, you must confirm the primary beneficiary. If you wish to designate more than five individuals as primary or contingent beneficiaries, attach a signed and dated sheet listing the additional beneficiaries including all details requested in this form and identifying their role as a primary or contingent beneficiary.

    Custodian under the Uniform Transfers to Minors Act (UTMA) acting for a minor beneficiary (Note: Only one Custodian per minor beneficiary)

Name of Custodian as Custodian for Name of Minor under the State UTMA Phone Number Permanent Address of Custodian City State Zip SS#
**Designation information**
Corporate, Partnership, Trust Owned
    Please sign as shown below
    **Trust Owned:** Signatures, followed by the word "Trustee", of all required Trustees
    **Corporate/Partnership Owned:** Signature and title of one authorized officer (other than Insured)
    **Limited Liability Company (LLC):** Signature and title of one authorized individual (other than Insured)
    **Sole Proprietorship Owned:** Signature of Owner, followed by the title "Sole Owner"

If the beneficiary is changing to a trust, please submit a copy of the Certificate of Trust or the Trust Agreement.

Any designation referencing children of the Insured shall be construed to mean such lawful (including those living, born later or legally adopted) children of the Insured as shall survive the Insured, unless otherwise limited by me in this request.

**Please choose your delivery method below:**
By receiving your confirmation via secure email, you avoid the delay in the time to receive via US Mail and the possibility of it being lost in the mail. You do not have to have an online account with a user ID on Protective.com in order to receive email confirmation. It is sent directly to you via secure email encryption.

If our email acknowledgement is returned undeliverable or if you elect not to provide your email address, the acknowledgement will be sent via US Postal Service First Class Mail to the address of record.

Email _billnewman714@gmail.com_

If you wish to receive our acknowledgement via fax, please provide your fax number, including the area code
Fax Number including area code. __(___)_____

**SIGNATURE REQUIREMENTS**
1. Please complete the forms in BLACK ink to ensure that they are legible for processing.
2. If the Policy is assigned, the Assignee does not have to sign.
3. If the Owner resides in a Community Property State, we recommend that the Owner's spouse join in signing this form. This is for the protection of both parties.
4. If the Policy is owned by a partnership, association or company, this form should be signed by an officer other than the Insured.
5. If the Policy is owned by a corporation, this form must be signed by an officer other than the Insured and that signature must be attested by the Secretary of the corporation or two officers should sign. If there is only one corporate officer, please advise us on this form.
6. Signatures must be witnessed by a disinterested party of legal age.

Policy PL0899332 - Request for Change of Beneficiary - Page 3 of 3 (**Must accompany previous pages**)
SVC-102-PL

111
31
5
1
22
5

**Protective Life Insurance Company**
Life and Health Insurance Administration
PO Box 12687
Birmingham, AL 35202-6687



November 18, 2015

Billy Wayne Newman
8 Route 148
Killingworth, CT 06419-2300

Re: Protective Life Insurance Company
Policy No: PL0899332
Insured: Billy Wayne Newman
Owner: Billy Wayne Newman

## ACKNOWLEDGEMENT OF POLICY CHANGE

Thank you for completing and submitting a request for a change to your policy.

**Type of Change:**

- Change of Beneficiary          Date Acknowledged: November 18, 2015

**Details**

**Primary Beneficiary:**

Todd Hines

**Contingent Beneficiary:**

None

**Remarks:**

- This Change of Beneficiary replaces all previous beneficiary designations.

If you have any questions or need assistance, please contact your agent or our office. Our toll-free number is 1-800-866-9933. You may also reach us via fax at 205-268-3402, e-mail at ladphs@protective.com or on-line at www.myaccount.protective.com.

Sincerely,

*Lisa Dickey*

Lisa Dickey
Customer Service Associate II
Life and Health Insurance Administration
1-800-866-9933

CC: Taylor S Bernard