**Protective Life Insurance Company**
Life Benefits
Post Office Box 12486
Birmingham, AL 35202-6687
1-800-424-1592



01/16/2016

Todd Hines
554 Lonita Dr.
Baton Rouge, LA 70815

Re: Protective Life Insurance Company
    Policy Number    PL0899332
    Insured    Billy Wayne Newman
    Beneficiary    Todd Hines
    Claim Number    P00PL0899332    001

Sir or Madam

This is to advise you that the claim under the policy listed above has been approved for payment. Listed below is a summary of payment:

| | |
|---|---|
| FACE AMT: | $500,000.00 |
| CLAIM INT: | $2,301.37 |
| TOTAL: | $502,301.37 |

In 5 - 7 days you will receive your check book and information packet. If you have any questions regarding the status of your check book please contact 1-866-412-2071.

If you have any questions, please call us at 1-800-424-1592.

Cindy Harris
Claims Department