UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GILLIAN BEEBE, is guardian for the minor children WILLIAM P. NEWMAN and GINGER B. NEWMAN, and as Administratrix of the Estate of Lauren Beebe, AND JOSEPH A. CIPPARONE, as Administrator of the Estate of Billy Wayne Newman | CIVIL ACTION<br><br>NO.: 16-295-JJB-EWD |

VERSUS

TODD HINES

### ORDER GRANTING WRIT OF SEQUESTRTION

Considering the Motion for Writ of Sequestration ("Motion"), the verified Complaint for Restitution, Establishment of a Constructive Trust, and The Issuance of a Writ of Sequestration ("Complaint"), the exhibits thereto, this Court's authority under Rule 64 of the Federal Rules of Civil Procedure, and its authority in equity; and it appearing that immediate and irreparable harm will result to the minor children named in the Complaint; and it appearing that plaintiffs are entitled to a writ of sequestration pursuant to Rule 64 of the Federal Rules of Civil Procedure and Louisiana Code of Civil Procedure Article 3501 based upon the allegations contained in said verified Complaint and it appearing that there is an imminent danger that Defendant may conceal, dispose of, dissipate, or otherwise secret the funds at issue; and in order to preserve the funds subject to this dispute and the jurisdiction of this Court:

IT IS HEREBY ORDERED that the Writ of Sequestration prayed for in the Verified Complaint and Motion be, and hereby is, issued according to law, directing the Clerk of Court for the Middle District of Louisiana to direct the United States Marshal's Office for the Middle District of Louisiana to seize, take into their possession and custody, and to deposit in the registry of this Court any and all sums and property as set forth below:

USM-Certified

1.  All funds in the possession, custody, or control of Todd Steven Hines, and which he has the ability to obtain, derived from the life insurance policy issued by Protective Life Insurance Company, Policy No. PL0899332, along with any and all property, including any movables, derived from said funds.

2.  All papers, documents, deposit slips, check books, and debit, credit, or bank cards related to the Benefit Account established by Protective Life Insurance for Todd Steven Hines, and with respect to any other accounts to which said funds were placed.

IT IS FURTHER ORDERED that Todd Hines is ordered to cooperate with the Marshall in all manner necessary for this Order and the Writ of Sequestration to be effectuated, including providing the Marshall with all necessary information related to his accounts and account in which said life insurance proceeds are located, including the name of the financial institution or institutions, the account numbers, and the name on the accounts;

IT IS FURTHER ORDERED, in furtherance of protecting this Court's Order, that Todd Hines not dispose of, waste, expend, dissipate, transfer or secret any of said funds in any manner whatsoever.

DONE AND SIGNED on this 2nd day of MAY, 2016, at 2:15 o'clock p.m. in Baton Rouge, Louisiana.

_____
JUDGE, UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA