**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** Gillian Beebe, et al. | **COURT CASE NUMBER** 3:16-cv-00295-JJB-EWD |
| **DEFENDANT** Todd Hines | **TYPE OF PROCESS** Writ of Sequestration |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Todd Hines
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
554 Lonita Drive, Baton Rouge, LA 70815

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

L. J. Hymel
Hymel Davis & Petersen, L.LC.
10602 Coursey Blvd.
Baton Rouge, LA 70816

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Todd Hines
721 W. Perdue Ave.
Baton Rouge, LA 70814

Toll Free: (888) 503-2299
Phone: (225) 932-9454

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 225-298-8118
DATE: 5/2/16

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No. 95
District to Serve No. 95
Signature of Authorized USMS Deputy or Clerk
Date: 5-3-16

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 05/05/2016   Time: 3:00 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | — | — | $65.00 | | $0.00 |

REMARKS:

DISTRIBUTE TO:  1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

JDIS 16-295#1



UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GILLIAN BEEBE, is guardian for the minor children WILLIAM P. NEWMAN and GINGER B. NEWMAN, and as Administratrix of the Estate of Lauren Beebe, AND JOSEPH A. CIPPARONE, as Administrator of the Estate of Billy Wayne Newman | CIVIL ACTION<br><br>NO.: 16-295-JJB-EWD |

VERSUS

TODD HINES

### ORDER GRANTING WRIT OF SEQUESTRTION

Considering the Motion for Writ of Sequestration ("Motion"), the verified Complaint for Restitution, Establishment of a Constructive Trust, and The Issuance of a Writ of Sequestration ("Complaint"), the exhibits thereto, this Court's authority under Rule 64 of the Federal Rules of Civil Procedure, and its authority in equity; and it appearing that immediate and irreparable harm will result to the minor children named in the Complaint; and it appearing that plaintiffs are entitled to a writ of sequestration pursuant to Rule 64 of the Federal Rules of Civil Procedure and Louisiana Code of Civil Procedure Article 3501 based upon the allegations contained in said verified Complaint and it appearing that there is an imminent danger that Defendant may conceal, dispose of, dissipate, or otherwise secret the funds at issue; and in order to preserve the funds subject to this dispute and the jurisdiction of this Court:

IT IS HEREBY ORDERED that the Writ of Sequestration prayed for in the Verified Complaint and Motion be, and hereby is, issued according to law, directing the Clerk of Court for the Middle District of Louisiana to direct the United States Marshal's Office for the Middle District of Louisiana to seize, take into their possession and custody, and to deposit in the registry of this Court any and all sums and property as set forth below:

USM-Certified

1. All funds in the possession, custody, or control of Todd Steven Hines, and which he has the ability to obtain, derived from the life insurance policy issued by Protective Life Insurance Company, Policy No. PL0899332, along with any and all property, including any movables, derived from said funds.

2. All papers, documents, deposit slips, check books, and debit, credit, or bank cards related to the Benefit Account established by Protective Life Insurance for Todd Steven Hines, and with respect to any other accounts to which said funds were placed.

IT IS FURTHER ORDERED that Todd Hines is ordered to cooperate with the Marshall in all manner necessary for this Order and the Writ of Sequestration to be effectuated, including providing the Marshall with all necessary information related to his accounts and account in which said life insurance proceeds are located, including the name of the financial institution or institutions, the account numbers, and the name on the accounts;

IT IS FURTHER ORDERED, in furtherance of protecting this Court's Order, that Todd Hines not dispose of, waste, expend, dissipate, transfer or secret any of said funds in any manner whatsoever.

DONE AND SIGNED on this 2nd day of MAY 2016, at 2:15 o'clock p.m. in Baton Rouge, Louisiana.

_____
JUDGE, UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA




UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GILLIAN BEEBE, is guardian for the minor children WILLIAM P. NEWMAN and GINGER B. NEWMAN, and as Administratrix of the Estate of Lauren Beebe, AND JOSEPH A. CIPPARONE, as Administrator of the Estate of Billy Wayne Newman

CIVIL ACTION

NO.: 16-295-JJB-EWD

VERSUS

TODD HINES

### WRIT OF SEQUESTRTION

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF LOUISIANA:

Considering the Motion for Writ of Sequestration, the verified Complaint for Restitution, Establishment of a Constructive Trust, and The Issuance of a Writ of Sequestration, the exhibits thereto, this Court's authority under Rule 64 of the Federal Rules of Civil Procedure, its authority in equity, and its Order granting the issuance of this Writ:

YOU ARE HEREBY COMMANEDED in the name of the United States District Court for the Middle District of Louisiana, to seize, sequester, and take into your possession and safely hold the same until further order of this Court the following property:

1. All funds in the possession, custody, or control of Todd Steven Hines, and which he has the ability to obtain, derived from the life insurance policy issued by Protective Life Insurance Company, Policy No. PL0899332, along with any and all property, including any movables, derived from said funds.

USM- Certified

2. All papers, documents, deposit slips, check books, and debit, credit, or bank cards related to the Benefit Account established by Protective Life Insurance for Todd Steven Hines, and with respect to any other accounts to which said funds were placed.

3. Todd Hines is ordered to cooperate with the Marshall in all manner necessary for this Order to be effectuated, including providing the Marshall with all necessary information related to his accounts and account in which said life insurance proceeds are located, including the name of the financial institution or institutions, the account numbers, and the name on the accounts. Todd Hines is further ordered not to dispose of, waste, expend, dissipate, transfer or secret any of said funds in any manner whatsoever.

And what you do in the premises you make return thereof, together with this writ, into this Court, as the law directs.

Witness the Honorable Judges of our said Court, at Baton Rouge, Louisiana, this __2nd__ day of __May__, 2016.

Michael L. McConnell

_____
Clerk of Court for the Middle District of Louisiana