BNY MELLON

RECEIVED
JUN 03 2016
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

The Bank of New York Mellon
Legal
385 Rifle Camp Road
4th Floor - Legal Affairs
Woodland Park, NJ 07424

May 27, 2016

Michael L. McConnell
Clerk of the Court - Middle District of Louisiana
Russell B. Long Federal Building and United States Courthouse
777 Florida Street, Suite 139
Baton Rouge, LA 70801

**Re:** **Gillian Beebe, et al. v. Todd Hines,** No.: 16-CY-295-JJB-EWD

Dear Clerk of the Court:

The Bank of New York Mellon acknowledges receipt of the Writ of Sequestration and Order for the above captioned case. No account relationships were found for the defendant. However, accounts may be located at Protective Life Insurance Company, 2801 Hwy. 280 South, Birmingham, AL 35223.

Very truly yours,

Robyn Monaco
The Bank of New York Mellon
Civil Legal Process Department

Encl.
cc: Hymel Davis & Peterson, LLC

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GILLIAN BEEBE, is guardian for the minor children WILLIAM P. NEWMAN and GINGER B. NEWMAN, and as Administratrix of the Estate of Lauren Beebe, AND JOSEPH A. CIPPARONE, as Administrator of the Estate of Billy Wayne Newman | CIVIL ACTION<br><br>NO.: 16-295-JJB-EWD |
| VERSUS | |
| TODD HINES | |

BNY MELLON

MAY 2 4 2016

LEGAL DEPARTMENT

**<u>WRIT OF SEQUESTRTION</u>**

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF LOUISIANA:

Considering the Motion for Writ of Sequestration, the verified Complaint for Restitution, Establishment of a Constructive Trust, and The Issuance of a Writ of Sequestration, the exhibits thereto, this Court's authority under Rule 64 of the Federal Rules of Civil Procedure, its authority in equity, and its Order granting the issuance of this Writ:

YOU ARE HEREBY COMMANEDED in the name of the United States District Court for the Middle District of Louisiana, to seize, sequester, and take into your possession and safely hold the same until further order of this Court the following property:

1. All funds in the possession, custody, or control of Todd Steven Hines, and which he has the ability to obtain, derived from the life insurance policy issued by Protective Life Insurance Company, Policy No. PL0899332, along with any and all property, including any movables, derived from said funds.

USM- Certified

2. All papers, documents, deposit slips, check books, and debit, credit, or bank cards related to the Benefit Account established by Protective Life Insurance for Todd Steven Hines, and with respect to any other accounts to which said funds were placed.

3. Todd Hines is ordered to cooperate with the Marshall in all manner necessary for this Order to be effectuated, including providing the Marshall with all necessary information related to his accounts and account in which said life insurance proceeds are located, including the name of the financial institution or institutions, the account numbers, and the name on the accounts. Todd Hines is further ordered not to dispose of, waste, expend, dissipate, transfer or secret any of said funds in any manner whatsoever.

And what you do in the premises you make return thereof, together with this writ, into this Court, as the law directs.

Witness the Honorable Judges of our said Court, at Baton Rouge, Louisiana, this __2nd__ day of __May__, 2016.

Michael L. McConnell

_____
Clerk of Court for the Middle District of Louisiana

BNY MELLON

The Bank of New York Mellon
Legal
385 Rifle Camp Road
4th Floor - Legal Affairs
Woodland Park, NJ 07424

7080 1610 1766 0045

FIRST CLASS

Michael L. McConnell
Clerk of the Court - Middle District of Louisiana
Russell B. Long Federal Building and United States Courthouse
777 Florida Street, Suite 139
Baton Rouge, LA 70801

02 1M
0004225931
$ 00.46
MAY 31 2016
MAILED FROM ZIP CODE 10286