UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GILLIAN BEEBE, as guardian for the minor children WILLIAM P. NEWMAN and GINGER B. NEWMAN, and, as Administratrix of The Estate of Lauren Beebe<br><br>and<br><br>JOSEPH A. CIPPARONE, as Administrator of The Estate of Billy Wayne Newman,<br>                    Plaintiffs<br><br>versus<br><br>TODD HINES,<br>                    Defendant | Civil Action No.:<br>16-CY-295-JJB-EWD |

## MEMORANDUM IN SUPPORT OF JOINT MOTION TO LIFT WRIT OF SEQUESTRATION

**NOW, THROUGH UNDERSIGNED COUNSEL,** comes Gillian Beebe, in her capacity as the Administratrix of the Estate of Lauren Beebe and as Guardian of the minor children William P. Newman and Ginger B. Newman, and Joseph A. Cipparone, as Administrator of the Estate of Billy Wayne Newman, (hereinafter referred to as the "Plaintiffs"), and Todd Hines, (hereinafter referred to as "Defendant"), who, in order to effectuate an agreement to

1

settle this matter, herewith move the Court to lift and release the Writ of Sequestration presently imposed on Defendant, Todd Hines, that prohibits him from directly or indirectly, withdrawing, transferring, distributing, alienating, altering, moving, making payments from, modifying, or taking any action to dissipate any and all the funds held in account number 84500661138189, issued to Todd Hines by Protective Life Insurance Company, through the Bank of New York, Mellon, Pittsburgh, Pennsylvania;

Plaintiffs and Defendant inform the Court that both sides are ready to finalize a settlement agreement entered into between all Plaintiffs and Defendant, Todd Hines, whereby Defendant will transfer all funds in account number 84500661138189, which, as of the account's statement date of March 31, 2016, was $492,721.18, into the IOLTA Account of counsel for Gillian Beebe, the court appointed guardian of the minor children William P. Newman and Ginger B. Newman, that being, the Cummings & Lockwood West Hartford IOLTA Account.  The funds to be transferred specifically include any and all interest already earned and all interest that will be earned on said funds through the date of transfer.

Plaintiffs and Defendant inform the Court that they have executed an Agreement to Settle, and are ready to finalize same, whereby Defendant, Todd Hines, will transfer all funds in account number 84500661138189, which, as of the account's statement date of March 31, 2016, was $492,721.18, into the IOLTA Account of counsel for Gillian Beebe, the court appointed guardian of the minor children William P. Newman and Ginger B. Newman, that being, the Cummings & Lockwood West Hartford IOLTA Account (See Exhibit A,

Settlement Agreement, attached hereto).  The funds to be transferred specifically include any and all interest already earned and all interest that will be earned on said funds through the date of transfer.

In addition, Defendant, Todd Hines, will execute such documents or pleadings as are necessary to authorize the U. S. Marshall for the Middle District of Louisiana to issue to Gillian Beebe and her counsel of record, John Cannavino, with the law firm of Cummings & Lockwood, LLC, a check in the amount of $10,000.00, which he paid to the U.S. Marshall with a cashiers check in order to satisfy the Writ of Sequestration issued in this matter.

Wherefore, Plaintiffs and Defendant jointly move the Court to lift and release the Writ of Sequestration issued herein, removing the prohibition against Defendant withdrawing, transferring, distributing, or moving the funds held in account number 84500661138189.

    Respectfully submitted,

    s/L. J. Hymel

    L. J. Hymel (La. Bar #07137 )
    Hymel, David & Petersen, LLC
    10602 Coursey Boulevard
    Baton Rouge, Louisiana 70816
    Telephone 225-298-8118
    Facsimile 225-298-8119

Timothy W. Cerniglia (La. Bar # 03964)
1521 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone 504 - 586-0555
Facsimile 504-586-0550

Attorneys for Plaintiff

and

*s/* Philip R. Adams, Jr.
PHILIP R. ADAMS, JR. (La. Bar# 25549)
Special Counsel
CORONA & BONURA, LLP
3801 N. Causeway Blvd., Ste. 207
Metairie, LA 70002
Telephone (504) 833-8949
Facsimile (504) 833-7630

Attorneys for Defendant

## Certificate of Service

This is to certify that a copy of the foregoing was served on all counsel of record electronically through this Court's EM/ECF system, this 23rd day of August, 2016.

L. J. Hymel
s/ L. J. Hymel